FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

16 JUL 20 PM 3:28

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>        Plaintiff,                  )   CRIMINAL NO. 16-3153 KG<br>                                    )<br>    vs.                             )   21 U.S.C. §§ 841(a)(1) and (b)(1)(B):<br>                                    )   Possession With Intent to Distribute<br>**DAVID GARCIA**,                   )   50 Grams and More of a Mixture and<br>                                    )   Substance Containing Methamphetamine;<br>        Defendant.                  )   18 U.S.C. § 2: Aiding and Abetting. | |

### INDICTMENT

The Grand Jury charges:

On or about February 24, 2016, in Chaves County, in the District of New Mexico, the defendant, **DAVID GARCIA**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), and 18 U.S.C. § 2.

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
07/11/16 8:11AM